IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                CRIMINAL NO. 5:18-cr-17-DCB-LRA

CORTEZ WHIRL                                               DEFENDANT

## SHOW CAUSE ORDER

This matter comes before the Court on Defendant Cortez Whirl ("Whirl")'s Motion for Compassionate Release.[ECF No. 44]. On April 20, 2020, the Court entered an Administrative General Order requiring that a Federal Public Defender for the Southern District of Mississippi be appointed to eligible Defendants pursuant to Section 603 of the First Step Act. [ECF No. 45]. On May 20, 2020, Honorable Jacinta A. Hall, appeared as counsel for Defendant Whirl. [ECF No. 49]. As of the date of this Order, there has been no response to the Motion for Compassionate Release. The Government has five (5) days to file a response to Defendant's Motion.

SO ORDERED, this the 2nd date of June, 2020.

/S/ David Bramlette

UNITED STATES DISTRICT COURT