IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

UNITED STATES OF AMERICA

V.                       CRIMINAL NO. 5:18-CR-17-DCB-LRA

CORTEZ WHIRL                                      DEFENDANT

<u>ORDER</u>

This matter is before the Court on Defendant Cortez Whirl ("Whirl")'s unopposed Motion for Leave to File Under Seal. [ECF No. 57]. Defendant Whirl seeks to file under seal medical records to avoid the unnecessary public disclosure of the defendant's personal information. Having read the motion, applicable statutory and case law, and being otherwise fully informed in the premises, the Court finds the motion to be well taken.

Accordingly,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. Defendant Whirl may file under seal certain attachments offered in support of his Reply Supporting Motion for Compassionate Release Under 19 U.S.C. § 3582(c)(1)(A).

SO ORDERED, this the <u>29th</u> day of June, 2020.

                                        s/David Bramlete
                                        UNITED STATES DISTRICT JUDGE